UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

               Plaintiff,

    -against-

DEPARTMENT OF PROBATION,

               Defendant.

24-CV-4776 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On November 4, 2024, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Because Plaintiff is proceeding *pro se*, however, the Court will give Plaintiff additional time to amend the complaint.

    Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **January 8, 2025.** If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, the Plaintiff should include those facts in the amended complaint. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

    If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

    If no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by **January 8, 2025**. Defendant's reply, if any, shall be served by **January 22, 2025.**

    The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: December 5, 2024
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                       United States District Judge