UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK C. OBAH, <br><br>                 Plaintiff, <br><br> -against- <br><br> DEPARTMENT OF PROBATION, <br><br>                 Defendant. | 24-CV-4776 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    On March 28, 2025, Defendant filed a motion to dismiss the amended complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff's opposition brief is hereby due May 1, 2025, and defendant's reply is due May 15, 2025.

    The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge