UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                      :

Patrick C. Obah,                                   :

                                           :

                      Plaintiff,                :

                                         :           24-CV-4776 (AS)

          -v-                            :

                                         :              ORDER

Department of Probation,                 :

                                         :

                    Defendant.             :

                                         :

------------------------------------------------------------------------X

ARUN SUBRMANIAN, United States District Judge:

        Defendant in this action appears to be in default. No response to the amended complaint has been filed. The Court extends the deadline for defendant's response to the complaint *nunc pro tunc* to **14 days from this order**.

        Should defendant fail to respond to the complaint within 14 days of this order, plaintiff should file a motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), **within two weeks after the extended deadline.**

         If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

        SO ORDERED.

Dated:  April 13, 2026
        New York, New York

                                      ARUN SUBRAMANIAN
                                    United States District Judge