UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

Plaintiff,

-against-

DEPARTMENT OF PROBATION,

Defendant.

24-CV-4776 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of defendant's motion to dismiss the second amended complaint. Dkt. 38. To date, no response has been filed. If no response is submitted by August 14, 2026, the Court will evaluate the motion without any response. Defendant should serve plaintiff with this Order by email.

SO ORDERED.

Dated: August 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge